UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANE R. MERCURI,

    Plaintiff,

v.                                      CASE NO.: 8:11-cv-1712-T-23AEP

MICHAEL J. ASTRUE, Commissioner of
Social Security,

    Defendant.
                                            /

## **ORDER**

    An administrative law judge ("ALJ") found that Dane Mercuri is not disabled. Asserting that the ALJ erred, Mercuri sues (Doc. 1) the Commissioner of Social Security. On August 21, 2012, Magistrate Judge Anthony E. Porcelli issued a report (Doc. 13) finding that the ALJ's decision comports with applicable legal standards and enjoys substantial evidentiary support.

    The time Local Rule 6.02 permits for an objection expired, and Mercuri submits nothing. Magistrate Judge Porcelli's report and recommendation is thorough and proper. Consequently, the report and recommendation (Doc. 13) is

**ADOPTED**, the decision of the Commissioner of Social Security is **AFFIRMED**, and Mercuri's action is **DISMISSED**.

The clerk is directed to enter judgment in favor of the Commissioner of Social Security, to terminate any pending motion, and to close the case.

ORDERED in Tampa, Florida, on September 13, 2012.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE